NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK MILLER,<br><br>        Plaintiff,<br><br>   v.<br><br>GUARANTEED RATE, INC.;<br>AURORA LOAN SERVICES;<br>CAL-WESTERN RECONVEYANCE<br>CORPORATION; and DOES 1<br>through 100,<br><br>        Defendants. | Case No. EDCV 09-154-VAP<br>(PLAx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendant Aurora Loan Services. The Court orders that such judgment be entered.

Dated: February 19, 2009

                              VIRGINIA A. PHILLIPS
                              United States District Judge