JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK MILLER, <br><br>           Plaintiff, <br><br>   v. <br><br>GUARANTEED RATE, INC.; <br>AURORA LOAN SERVICES; <br>CAL-WESTERN RECONVEYANCE <br>CORPORATION; and DOES 1 <br>through 100, <br><br>           Defendants. | Case No. EDCV 09-154-VAP (PLAx) <br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: March 12, 2009

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge